# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHERINE DANIELA PACHECO QUIROS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MOLLY AMADOR, *Deputy Consul General and Visa Unit Chief, U.S. Embassy in Costa Rica*, *et al.*, <br><br> Defendants. | Civil Action No. 21-2433 (CKK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendants' consent motion for an extension, the motion is GRANTED. It is FURTHER ORDERED that Defendants shall respond to Plaintiffs' Amended Complaint on or before July 14, 2022.

SO ORDERED.

_____                           _____
Date                                                                           COLLEEN KOLLAR-KOTELLY
                                                                                        United States District Judge