UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE DANIELA PACHECO QUIROS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MOLLY AMADOR, *Deputy Consul General and Visa Unit Chief, U.S. Embassy in Costa Rica*, *et al.*, <br><br> Defendants. | Civil Action No. 21-2433 (CKK) |

**DEFENDANTS' MOTION TO DISMISS AND SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, MOTION TO SEVER**

For all the reasons stated in the accompanying memorandum of points and authorities, Defendants, by and through undersigned counsel, respectfully move to dismiss Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure ("Rules") 12(b)(1) and 12(b)(6) and also move for summary judgment pursuant to Rule 56. To the extent that any claims survive, those remaining claims should be severed under Rule 21. A proposed order in enclosed herewith.

\* \* \*

- 2 -

Dated: February 10, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       */s/ Derek S. Hammond*
    DEREK S. HAMMOND
    D.C. Bar # 1017784
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-2511
    Derek.Hammond@usdoj.gov

*Attorneys for the United States of America*