UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHERINE DANIELA PACHECO QUIROS, *et al.*,

Plaintiffs,

v.

MOLLY AMADOR, *Deputy Consul General and Visa Unit Chief, U.S. Embassy in Costa Rica*, *et al.*,

Defendants.

Civil Action No. 21-2433 (CKK)

**DEFENDANTS' STATEMENT OF MATERIAL FACTS**
**AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Local Civil Rule 7(h), Defendants, by and through undersigned counsel, hereby submit this statement of material facts as to which there is no genuine dispute in support of their motion for summary judgment.

**Plaintiff Pacheco Quiros**

1. Southeastern Janitorial of SC LLC filed a Form I-140, Petition for Alien Worker, with the Department of Homeland Security, United States Citizenship and Immigration Services ("USCIS") on behalf Katherine Daniela Pacheco Quiros. Decl. of Chloe Peterman ("Peterman Decl.") ¶ 3.

2. The Department of State's National Visa Center ("the NVC") was notified that the I-140 was approved and a case created on March 5, 2019. Ms. Pacheco Quiros' case was assigned number SNJ2019564002. Peterman Decl. ¶ 4

3. On April 12, 2019, Ms. Pacheco Quiros' case became documentarily qualified for Ms. Pacheco Quiros to be scheduled to make an immigrant visa application at an interview. Peterman Decl. ¶ 5.

4. On September 7, 2022, Ms. Pacheco Quiros applied for an immigrant visa before a consular officer at the U.S. Embassy in San Jose, Costa Rica. Ms. Pacheco Quiros was found eligible and issued an immigrant visa. Peterman Decl. ¶ 6

**E. Davila Rivero Family**

5. Southeastern Janitorial of SC LLC filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Edgar Jose Davila Rivero. Mr. Davila Rivero's case includes a derivative spouse, Suheil Dajennic Cartaya Villanueva, and two derivative children Doriana Paola and Edgar Davis. Peterman Decl. ¶ 7.

6. The NVC was notified that the I-140 was approved and a case created on April 13, 2019. Mr. Davila Rivero's case was assigned number CRS2019600002. Peterman Decl. ¶ 8.

7. On April 12, 2019, Mr. Davila Rivero has not yet completed the steps for his case to become documentarily qualified for him to be scheduled to make an immigrant visa application at interview. Peterman Decl. ¶ 9.

**Plaintiff Bichinho**

8. Dycos Services, Inc. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Giovana Tabajara Bichinho. Peterman Decl. ¶ 10.

9. The NVC was notified that the I-140 was approved and a case created on April 13, 2019. Ms. Tabajara Bichinho's case was assigned number RDJ2019601006. Peterman Decl. ¶ 11.

10. On July 16, 2019 Ms. Tabajara Bichinho' case became documentarily qualified for Ms. Tabajara Bichinho to be scheduled to make an immigrant visa application at interview. Peterman Decl. ¶ 12.

11. On December 11, 2019, Ms. Tabajara Bichinho appeared for an interview at the U.S. Consulate General in Rio de Janeiro, Brazil and applied for an immigrant visa. The consular officer refused the visa application under section 221(g) of the Immigration and Nationality Act ("INA") and returned the I-140 to USCIS for review and possible revocation. Peterman Decl. ¶ 13.

12. On March 23, 2022, the consular section at the U.S. Consulate General in Rio de Janeiro received the I-140 petition filed on behalf of Ms. Tabajara Bichinho reaffirmed by USCIS. Ms. Tabajara Bichinho is therefore free to reapply for an immigrant visa but she has not yet done so. Peterman Decl. ¶ 14.

**Plaintiff Karimova**

13. JKS & K, Inc. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Gulshan KARIMOVA. Peterman Decl. ¶ 15.

14. The NVC was notified that the I-140 was approved and a case created on October 2, 2019. Ms. Karimova's case was assigned number TBL2019774003. Peterman Decl. ¶ 16

15. On October 31, 2019, Ms. Karimova's case became documentarily qualified for Ms. Karimova to be scheduled to make an immigrant visa application at interview. Peterman Decl. ¶ 17.

16. On January 22, 2020, Ms. Karimova appeared for an interview at the U.S. Embassy in Tbilisi, Georgia and applied for an immigrant visa. The consular officer refused the visa application under INA section 221(g). Peterman Decl. ¶ 18.

**Campoy Family**

17. JKS & K, Inc. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Guilherme Marques Campoy. Mr. Marques Campoy's case includes a derivative spouse, Patricia Nogueira Plentz Palandi, and a derivative child, Pietra. Peterman Decl. ¶ 19

18. The NVC was notified that the I-140 was approved and a case created on October 29, 2019. Mr. Marques Campoy's case was assigned number RDJ2019801001. Peterman Decl. ¶ 20.

19. On October 31, 2019, Mr. Marques Campoy's case became documentarily qualified for Mr. Marques Campoy to be scheduled to make an immigrant visa application at interview. Peterman Decl. ¶ 21.

20. On November 19, 2021, Mr. Marques Campoy and his family appeared for an interview at the U.S. Consulate General in Rio de Janeiro, Brazil and applied for immigrant visas. The consular officer refused the visa applications under INA section 221(g). Peterman Decl. ¶ 22.

21. On February 25, 2022, Mr. Marques Campoy and his family were found eligible and issued immigrant visas. Peterman Decl. ¶ 23

**Leonardo Family**

22. Dycos Services, Inc. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Joya Ovalle Rafael Leonardo. Mr. Rafael Leonardo's case includes a derivative spouse, Karen Margarita Sierra Sanchez, and derivative children, Thomas and Briana. Peterman Decl. ¶ 24.

23. The NVC was notified that the I-140 was approved and a case created on July 1, 2019. Mr. Rafael Leonardo's case was assigned number BGT2019678018. Peterman Decl. ¶ 25.

24. On October 2, 2019, Mr. Rafael Leonardo's case became documentarily qualified for Mr. Rafael Leonardo to be scheduled to make an immigrant visa application at interview. Peterman Decl. ¶ 26.

25. On December 2, 2019, Mr. Rafael Leonardo appeared for an interview at the U.S. Embassy in Bogota, Colombia and applied for an immigrant visa. The consular officer refused the visa application under INA section 221(g). Peterman Decl. ¶ 27.

26. State has no record that case assigned number BGT2019678018 has been terminated under INA section 203(g). Peterman Decl. ¶ 28.

**Bassanini Ramirez Family**

27. Sej Services, LLC. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Manuel Francisco Bassanini. Mr. Bassanini Ramirez's case includes a derivative spouse, Erika Patricia Serrano Traverso. Mr. Bassanini Ramirez's case does not include Jose Manuel Bassanini Serrano or Juan Xavier Bassanini Serrano. Peterman Decl. ¶ 29.

28. The NVC was notified that the I-140 was approved and a case created on March 29, 2019. Mr. Bassanini Ramirez's case was assigned number GYQ2019587004. Peterman Decl. ¶ 30.

29. On June 21, 2019, Mr. Bassanini Ramirez's case became documentarily qualified for Mr. Bassanini Ramirez to be scheduled to make an immigrant visa application at interview. Peterman Decl. ¶ 31.

30. On December 11, 2019, Mr. Bassanini Ramirez appeared for an interview at the U.S. Consulate General in Guayaquil, Ecuador and applied for an immigrant visa. The consular officer refused the visa application under INA section 221(g) of the and returned the I-140 to USCIS for review and possible revocation. Peterman Decl. ¶ 32.

31. On March 2, 2022, the consular section at the U.S. Consulate General in Guayaquil received the I-140 petition filed on behalf of Mr. Bassanini Ramirez reaffirmed. Peterman Decl. ¶ 33.

32. On June 6, 2022, Mr. Bassanini Ramirez appeared for an interview at the U.S. Consulate General in Guayaquil, Ecuador and reapplied for an immigrant visa. Mr. Bassanini Ramirez and his spouse were found eligible and issued immigrant visas. Peterman Decl. ¶ 34.

**A. Davila Rivero Family**

33. Dycos Services, Inc. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Alvaro Jose Davila Rivero. Mr. Davila Rivero's case includes a derivative spouse, Mariela Carolina Sierra Franceschi, and derivative children, Nicole, Alvaro, and Emma. Peterman Decl. ¶ 35.

34. The NVC was notified that the I-140 was approved and a case created on April 16, 2019. Mr. Davila Rivero's case was assigned number CRS2019602001. Peterman Decl. ¶ 36.

35. On September 11, 2019, Mr. Davila Rivero's case became documentarily qualified for Mr. Davila Rivero to be scheduled to make an immigrant visa application at interview. Peterman Decl. ¶ 37.

36. On November 6, 2019, Mr. Davila Rivero was scheduled to appeared for an interview at the U.S. Embassy in Bogota, Colombia and apply for an immigrant visa. Mr. Davila Rivero did not appear and therefore did not execute an immigrant visa application. Peterman Decl. ¶ 38.

37. On February 21, 2020, counsel for Mr. Davila Rivero contacted the consular section at the U.S. Embassy in Bogota regarding Mr. Davila Rivero appearing at a later time to execute an immigrant visa application. The consular section responded on February 25, 2020 with

instructions. State Department has no record of a response from Mr. Davila Rivero or his counsel. Peterman Decl. ¶ 39.

38. On July 2, 2021, the consular section sent Mr. Davila Rivero a notice that his petition risked termination under INA section 203(g) because he had failed to apply for an immigrant visa for more than one year following notice of visa availability. State Department has no record of a response from Mr. Davila Rivero or his counsel. Peterman Decl. ¶ 40.

39. On July 11, 2022, the consular section sent Mr. Davila Rivero a notice that his petition had to be terminated under INA section 203(g) because he failed to apply for an immigrant visa for more than one year following notice of visa available and had failed to show, in the year after that, that his failure to apply for an immigrant visa was for circumstances beyond his control. Peterman Decl. ¶ 41.

*  *  *

Dated: February 10, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: *\/s/ Derek S. Hammond*
DEREK S. HAMMOND
D.C. Bar # 1017784
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2511
Derek.Hammond@usdoj.gov

*Attorneys for the United States of America*