UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

KATHERINE DANIELA PACHECO
QUIROS, *et al.*

       Plaintiffs,
  v.                                    Civil Action No. 21-cv-2433

MOLLY AMADOR, *et al.*,

       Defendants.

## **DECLARATION OF CHLOE PETERMAN**

1. I am employed by the U.S. Department of State as an Attorney Adviser in the Office of Legal Affairs for the Bureau of Consular Affairs. In that capacity, I am authorized to search the electronic Consular Consolidated Database ("CCD") of the U.S. Department of State, Bureau of Consular Affairs, for records of immigrant and nonimmigrant cases and visa applications.

2. The CCD contains electronic data recording cases, visa applications, and visas issued and refused, at U.S. diplomatic and consular posts worldwide.

<u>Katherine Daniela PACHECO QUIROS</u>

3. The CCD reflects that Southeastern Janitorial of SC LLC filed a Form I-140, Petition for Alien Worker, with the Department of Homeland Security, United States Citizenship and Immigration Services ("USCIS") on behalf Katherine Daniela Pacheco Quiros.

4. The CCD reflects that the Department of State's National Visa Center ("the NVC") was notified that the I-140 was approved and a case created on March 5, 2019. Ms. Pacheco Quiros' case was assigned number SNJ2019564002.

1

5. The CCD reflects that on April 12, 2019, Ms. Pacheco Quiros' case became documentarily qualified for Ms. Pacheco Quiros to be scheduled to make an immigrant visa application at an interview.

6. On September 7, 2022, Ms. Pacheco Quiros applied for an immigrant visa before a consular officer at the U.S. Embassy in San Jose, Costa Rica. Ms. Pacheco Quiros was found eligible and issued an immigrant visa.

Edgar Jose DAVILA RIVERO

7. The CCD reflects that Southeastern Janitorial of SC LLC filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Edgar Jose Davila Rivero. Mr. Davila Rivero's case includes a derivative spouse, Suheil Dajennic Cartaya Villanueva, and two derivative children Doriana Paola and Edgar Davis.

8. The CCD reflects that the NVC was notified that the I-140 was approved and a case created on April 13, 2019. Mr. Davila Rivero's case was assigned number CRS2019600002.

9. The CCD reflects that on April 12, 2019, Mr. Davila Rivero has not yet completed the steps for his case to become documentarily qualified for him to be scheduled to make an immigrant visa application at interview.

Giovana TABAJARA BICHINHO

10. The CCD reflects that Dycos Services, Inc. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Giovana Tabajara Bichinho.

11. The CCD reflects that the NVC was notified that the I-140 was approved and a case created on April 13, 2019. Ms. Tabajara Bichinho's case was assigned number RDJ2019601006.

12. The CCD reflects that on July 16, 2019 Ms. Tabajara Bichinho' case became documentarily qualified for Ms. Tabajara Bichinho to be scheduled to make an immigrant visa application at interview.

13. The CCD reflects that on December 11, 2019, Ms. Tabajara Bichinho appeared for an interview at the U.S. Consulate General in Rio de Janeiro, Brazil and applied for an immigrant visa. The consular officer refused the visa application under section 221(g) of the Immigration and Nationality Act ("INA") and returned the I-140 to USCIS for review and possible revocation.

14. The CCD reflects that on March 23, 2022, the consular section at the U.S. Consulate General in Rio de Janeiro received the I-140 petition filed on behalf of Ms. Tabajara Bichinho reaffirmed by USCIS. Ms. Tabajara Bichinho is therefore free to reapply for an immigrant visa but she has not yet done so.

Gulshan KARIMOVA

15. The CCD reflects that JKS & K, Inc. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Gulshan KARIMOVA.

16. The CCD reflects that the NVC was notified that the I-140 was approved and a case created on October 2, 2019. Ms. Karimova's case was assigned number TBL2019774003.

17. The CCD reflects that on October 31, 2019, Ms. Karimova's case became documentarily qualified for Ms. Karimova to be scheduled to make an immigrant visa application at interview.

18. The CCD reflects that on January 22, 2020, Ms. Karimova appeared for an interview at the U.S. Embassy in Tbilisi, Georgia and applied for an immigrant visa. The consular officer refused the visa application under INA section 221(g).

Guilherme MARQUES CAMPOY

19. The CCD reflects that JKS & K, Inc. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Guilherme Marques Campoy. Mr. Marques Campoy's case includes a derivative spouse, Patricia Nogueira Plentz Palandi, and a derivative child, Pietra.

20. The CCD reflects that the NVC was notified that the I-140 was approved and a case created on October 29, 2019.  Mr. Marques Campoy's case was assigned number RDJ2019801001.

21. The CCD reflects that on October 31, 2019, Mr. Marques Campoy's case became documentarily qualified for Mr. Marques Campoy to be scheduled to make an immigrant visa application at interview.

22. The CCD reflects that on November 19, 2021, Mr. Marques Campoy and his family appeared for an interview at the U.S. Consulate General in Rio de Janeiro, Brazil and applied for immigrant visas. The consular officer refused the visa applications under INA section 221(g).

23. The CCD reflects that on February 25, 2022, Mr. Marques Campoy and his family were found eligible and issued immigrant visas.

Joya Ovalle RAFAEL LEONARDO

24. The CCD reflects that Dycos Services, Inc. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Joya Ovalle Rafael Leonardo.  Mr. Rafael Leonardo's case includes a derivative spouse, Karen Margarita Sierra Sanchez, and derivative children, Thomas and Briana.

25. The CCD reflects that the NVC was notified that the I-140 was approved and a case created on July 1, 2019. Mr. Rafael Leonardo's case was assigned number BGT2019678018.

26. The CCD reflects that on October 2, 2019, Mr. Rafael Leonardo's case became documentarily qualified for Mr. Rafael Leonardo to be scheduled to make an immigrant visa application at interview.

27. The CCD reflects that on December 2, 2019, Mr. Rafael Leonardo appeared for an interview at the U.S. Embassy in Bogota, Colombia and applied for an immigrant visa.  The consular officer refused the visa application under INA section 221(g).

28. The CCD has no record that case assigned number BGT2019678018 has been terminated under INA section 203(g).

Manuel Francisco BASSANINI RAMIREZ

29. The CCD reflects that Sej Services, LLC. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Manuel Francisco Bassanini. Mr. Bassanini Ramirez's case includes a derivative spouse, Erika Patricia Serrano Traverso.  Mr. Bassanini Ramirez's case does not include derivative visa applications by a Jose Manuel Bassanini Serrano or a Juan Xavier Bassanini Serrano.

30. The CCD reflects that the NVC was notified that the I-140 was approved and a case created on March 29, 2019. Mr. Bassanini Ramirez's case was assigned number GYQ2019587004.

31. The CCD reflects that on June 21, 2019, Mr. Bassanini Ramirez's case became documentarily qualified for Mr. Bassanini Ramirez to be scheduled to make an immigrant visa application at interview.

32. The CCD reflects that on December 11, 2019, Mr. Bassanini Ramirez appeared for an interview at the U.S. Consulate General in Guayaquil, Ecuador and applied for an immigrant visa.  The consular officer refused the visa application under INA section 221(g) of the and returned the I-140 to USCIS for review and possible revocation.

33. The CCD reflects that on March 2, 2022, the consular section at the U.S. Consulate General in Guayaquil received the I-140 petition filed on behalf of Mr. Bassanini Ramirez reaffirmed.

34. The CCD reflects that on June 6, 2022, Mr. Bassanini Ramirez appeared for an interview at the U.S. Consulate General in Guayaquil, Ecuador and reapplied for an immigrant visa.  Mr. Bassanini Ramirez and his spouse were found eligible and issued immigrant visas.

Alvaro Jose DAVILA RIVERO

35. The CCD reflects that Dycos Services, Inc. filed a Form I-140, Petition for Alien Worker, with USCIS on behalf Alvaro Jose Davila Rivero.  Mr. Davila Rivero's case includes a derivative spouse, Mariela Carolina Sierra Franceschi, and derivative children, Nicole, Alvaro, and Emma.

36. The CCD reflects that the NVC was notified that the I-140 was approved and a case created on April 16, 2019. Mr. Davila Rivero's case was assigned number CRS2019602001.

37. The CCD reflects that on September 11, 2019, Mr. Davila Rivero's case became documentarily qualified for Mr. Davila Rivero to be scheduled to make an immigrant visa application at interview.

38. The CCD reflects that on November 6, 2019, Mr. Davila Rivero was scheduled to appeared for an interview at the U.S. Embassy in Bogota, Colombia and apply for an immigrant visa. Mr. Davila Rivero did not appear and therefore did not execute an immigrant visa application.

39. The CCD reflects that on February 21, 2020, counsel for Mr. Davila Rivero contacted the consular section at the U.S. Embassy in Bogota regarding Mr. Davila Rivero appearing at a later time to execute an immigrant visa application. The consular section responded on February 25, 2020 with instructions. The CCD reflects no response from Mr. Davila Rivero or his counsel.

40. The CCD reflects that on July 2, 2021, the consular section sent Mr. Davila Rivero a notice that his petition risked termination under INA section 203(g) because he had failed to apply for an immigrant visa for more than one year following notice of visa availability. The CCD reflects no response from Mr. Davila Rivero or his counsel.

41. The CCD reflects that on July 11, 2022, the consular section sent Mr. Davila Rivero a notice that his petition had to be terminated under INA section 203(g) because he failed to apply for an immigrant visa for more than one year following notice of visa available and had failed to show, in the year after that, that his failure to apply for an immigrant visa was for circumstances beyond his control.

*   *   *

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

February 10, 2023

*Chloe Peterman*
_____
Chloe Peterman
Attorney Adviser
United States Department of State