UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHERINE DANIELA PACHECO QUIROS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MOLLY AMADOR, *Deputy Consul General and Visa Unit Chief, U.S. Embassy in Costa Rica*, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 21-2433 (CKK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that this action is DISMISSED.

SO ORDERED:

_____         _____
Date                                                  COLLEEN KOLLAR-KOTELLY
                                                      United States District Judge