UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE DANIELA PACHECO QUIROS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MOLLY AMADOR, *Deputy Consul General and Visa Unit Chief, U.S. Embassy in Costa Rica*, *et al.*, <br><br> Defendants. | Civil Action No. 21-2433 (CKK) |

**PLAINTIFFS' STATEMENT OF ISSUES OF MATERIAL FACTS AS TO WHICH THERE EXISTS A GENUINE ISSUE NECESSARY TO BE LITIGATED**

Pursuant to Local Civil Rule 7(h), Plaintiffs, by their counsel, submit this statement of issues of material facts as to which there exists a genuine issue necessary to be litigated,

### **Plaintiff Karimova**

1. On November 29, 2022 the Consular Section U.S. Embassy Tbilisi, Georgia, informed Gulshan Karimova, in relevant part, that

We reviewed our consular records and found that the case has been refused under INA section 221(g) and it is pending the completion of administrative processing in order to verify qualifications for this visa.

A decision on this case cannot be made until the Consular Section finishes its review. Visa applications are adjudicated in accordance with the provisions of the Immigration and Nationality Act (INA), and a visa may only be issued if all documentary requirements have been met, and the applicant is eligible under U.S. immigration law. While we cannot predict when the adjudication of the application will be completed, please be assured that we are aware of your concerns and will do all we can to see that the application is adjudicated as soon as the administrative processing has been completed.

Exhibit A to Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss and Summary Judgment or, in the Alternative, Motion to Sever

2. Upon information and belief, numerous persons have been issued immigrant visas by the Consul, U.S. Embassy in Georgia, since January 22, 2020.

As recently as 2020 the region containing Azerbaijan was the site of intensive fighting involving Azerbaijan, Armenia, and Armenia-supported separatists.  AZERBAIJAN 2021 HUMAN RIGHTS REPORT (pdf version) at 1.

https://www.state.gov/wpcontent/uploads/2022/03/313615_AZERBAIJAN-2021-HUMAN-RIGHTS-REPORT.pdf (last accessed March 13, 2022).

3. Sporadic incidents of violence along the undelimited international border between the two countries and some other areas during the year resulted in casualties and detentions.  *Id.*

4. There were credible reports that Azerbaijani and ethnic Armenian forces engaged in unlawful killings, torture, and other cruel, inhuman, or degrading treatment during, and in some cases after, the November 2020 fighting. *Id.*

5. As a woman in Azerbaijan, Ms. Karimova suffers from systematic discrimination. *Id.* at 43-44.

6. Upon information and belief, they are not any agency activities of a higher or competing priority which adjudicating Ms. Karimov's application would affect,

**A. Davila Rivero Family**

7. On October 22, 2019, U.S. Embassy Colombia provided A. Davila Rivero's legal counsel what purported to be instructions for applying for an immigrant visa interview. Declaration of Christian Valdes (Valdes Declaration) at 8-9.

8. Between November 7, 2019 and February 19, 2020 said counsel continuously attempted to follow the instructions provided by the Embassy but were unable to schedule an immigrant visa interview by following those instructions. Valdes Declaration at 4-6.

9. On February 25, 2020 counsel received the following reply from the Embassy: "Please inform a tentative date for your interview, please pick a date for the second half of March 2020 and we will respond informing if the appointment is schedule or if you need to choose a different date." Valdes Declaration at 3-4.

10. Accordingly, the Davila Riveros, through their counsel, informed the consulate on March 2, 2020 that "Our client , Mr. Alvaro Davila Rivero, selects Tuesday, March 31, 2020, as his interview date.". Valdes Declaration at 2-3.

11. Counsel received the following response on March 24, 2020

    Please read the information about the cancellation of all visa appointments in the United States Embassy in Bogotá: https://co.usembassy.gov/es/alerta-cancelacion-de-citas-no-urgentes-paravisas-de-no-inmigrante/

    We will resume routine visa services as soon as possible, but cannot provide a specific date at this time.

Valdes Declaration at 2.

12. The Davila Riveros' counsel never received any further communication from the consulate regarding their visa applications. Valdes Declaration at 0.

13. A. Davila Rivero never received any further communication from the consulate regarding his or his family's visa applications. Valdes Declaration at 11-14.

14. The Peterman Declaration is unreliable as to any purported communications between representatives of the Department of State (including the U.S. Embassy in Bogata) and members of the A. Davila Rivero family, save those corroborated by the Valdes Declaration, because those records do not contain evidence of a response from A. Davila Rivero's legal counsel to the Embassy's correspondence of February 25, 2020, and yet the evidence attached to the Valdes Declaration includes an email from the Embassy directly responding to counsel's email of March 2, 2020 responding to Embassy's correspondence of February 25, 2020. Valdes Declaration at 2-3.

15. Therefore the assertions contained in ¶¶38 & 39 of Defendants' Statement of Material Facts as to Which There is No Genuine Issue are unreliable and should be disregarded by the Court. Valdes Declaration at 2-3.

16. Upon information and belief, numerous persons have been issued immigrant visas by the Consul General, U.S. Embassy in Colombia, since November 7, 2019.

17. The Department of State has made the following findings regarding Venezuela in 2020:

> There were credible reports that members of the security forces committed numerous abuses, and a 2020 United Nations report concluded there were reasonable grounds to believe that Maduro regime authorities and security forces committed crimes against humanity.
>
> Significant human rights issues included credible reports of: unlawful or arbitrary killings, including extrajudicial killings by regime forces; forced disappearances by the regime; torture and cruel, inhuman, and degrading treatment by security forces; harsh and life-threatening prison conditions; arbitrary arrest or detention by security forces; political prisoners or detainees; serious problems with independence of the judiciary; unlawful interference with privacy; punishment of family members for offenses allegedly committed by an individual; serious restrictions on free expression and media, including violence or threats of violence against journalists, unjustified arrests or prosecutions of journalists, and censorship; serious restrictions on internet freedom; substantial interference with the freedom of peaceful assembly and freedom of association, including overly restrictive laws on the organization, funding, or operation of nongovernmental organizations and civil society organizations; inability of citizens to change their government peacefully through free and fair elections; serious and unreasonable restrictions on political participation; serious government corruption; serious restrictions on or harassment of domestic and international human rights organizations; lack of investigation of and accountability for gender-based violence; significant barriers to accessing reproductive health; trafficking in persons; crimes involving violence or threats of violence targeting indigenous persons and lesbian, gay, bisexual, transgender, queer, or intersex persons; and the worst forms of child labor.
>
> The Maduro regime took no effective action to identify, investigate, prosecute, or punish officials who committed human rights abuses or corruption.

U.S. Department of State, **2021 Country Reports on Human Rights Practices: Venezuela, Executive Summary, https://www.state.gov/reports/2021-country-reports-on-human-rights-practices/venezuela/ (last accessed March 16, 2023).**

18. Upon information and belief, they are not any agency activities of a higher or competing priority which adjudicating the Davila Riveros' visa applications would affect.

Dated this 17th day of March, 2023

s/ Michael E. Piston
Michael E. Piston (MI 002)
Transnational Legal Services P.C.
Attorney for the Plaintiffs
1955 W. Hamlin Rd. Ste 100
Rochester Hills, MI 48039
Phone: 646-876-3772
Fx: 206-770-6350
Email: michaelpiston4@gmail.com