

EXHIBIT A

gulshan h-va &lt;gulshanhva@gmail.com&gt;

# Your ustraveldocs.com inquiry Case-2022- 11-29-018391420 Has Been Closed

**support@ustraveldocs.com** &lt;support@ustraveldocs.com&gt;     30 ноября 2022 г. в 06:05
Кому: "gulshanhva@gmail.com" &lt;gulshanhva@gmail.com&gt;

Your case has been updated, please log back into your account to view the details.

| | |
|---|---|
| Date/Time Case Opened: | 11/29/2022 12:50 PM |
| Description: | Dear Embassy Officer,<br>My interview was in January 2020, since then my case is under administrative processing and the reason is unknown, during this time I provided all requested forms and documents the embassy asked me to send. The last time my attorney submitted a valid G-28 as you requested, also I got married and my husband's documents were sent to you to include him in the case.<br>It's been 2 yeast since my initial interview, could you please provide any updates on my case? Should I do medicals again or another interview will be scheduled?<br>Thank you for your cooperation in this matter.<br><br>*Best regards,*<br>*Gulshan Karimova.* |
| Origin: | Email |
| Case Reason: | Gulshan Karimova case number #TBL2019774003 |
| Public Response: | Dear Ms. Karimova:<br><br>Thank you for your email. We are writing in response to your inquiry to the Immigrant Visa Section concerning your immigrant visa case.<br><br>We reviewed our consular records and found that the case has been refused under INA section 221(g) and it is pending the completion of administrative processing in order to verify qualifications for this visa.<br><br>A decision on this case cannot be made until the Consular Section finishes its review. Visa applications are adjudicated in accordance with the provisions of the Immigration and Nationality Act (INA), and a visa may only be issued if all documentary requirements have been met, and the applicant is eligible under U.S. immigration law. While we cannot predict when the adjudication of the application will be completed, please be assured that we are aware of your concerns and will do all we can to see that the application is adjudicated as soon as the administrative processing has been completed.<br><br>We regret that our response cannot be more detailed at this point but we hope this information is helpful.<br><br>Best regards, |

Consular Section
U.S. Embassy Tbilisi, Georgia
http://ge.usembassy.gov
www.travel.state.gov