DECLARATION OF CHRISTINA VALDES

I am a legal assistant at Lizette Sierra P.A. Lizette Sierra P.A. has been representing Alvaro Davila Rivero and the derivative beneficiaries of his immigrant visa application before the U.S. Embassy in Bogotá throughout the time that their immigrant visa applications have been pending with that office. I am personally acquainted with the email correspondence attached to this declaration, because I wrote each of the emails from Lizette Sierra P.A.'s office and read each of the Embassy's responses about the time it was received. I personally recall each of these emails and so have personal knowledge that the attached is an accurate copy of these emails as sent and received. We received no additional communications from any government source regarding Alvaro Davila Rivero or his family after March 24, 2020.

Further, today I received the attached email from Alvaro Davila Rivero from an email address which I recognize as one which he uses regularly. It was in Spanish and I translated into English.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 17, 2023.

_____
Christina Valdes

DECLARATION OF CHRISTINA VALDES AT 0

## Fwd: Reschedule Immigrant Visa Interview - Alvaro J. Davila Rivero (Nov. 6, 2019 / 7:00 AM)

Christina Valdes <cvaldes.sierralaw@gmail.com>
Thu 3/9/2023 4:57 PM
To: Christina Rich <crich@lsierralaw.com>

Christina Rich

Paralegal

Lizette M. Sierra, P.A.

Mailing Address:

1695 NW 110th Ave., Ste. 209

Miami, Florida 33172

Direct Line: (772) 300-5797

Tel: (305) 860-9333

www.LSierraLaw.com


---------- Forwarded message ---------
From: **Christina Valdes** <cvaldes.sierralaw@gmail.com>
Date: Tue, Mar 24, 2020 at 2:04 PM
Subject: Re: Reschedule Immigrant Visa Interview - Alvaro J. Davila Rivero (Nov. 6, 2019 / 7:00 AM)
To: lizette@lsierralaw.com <lizette@lsierralaw.com>


I have let Alvaro know.

Christina Valdes
Paralegal

Lizette M. Sierra, P.A.

12000 Biscayne Blvd., Ste. 415

Miami, Florida 33181

Direct Line: (786) 312-0892

Tel: (305) 860-9333

www.LSierraLaw.com

On Tue, Mar 24, 2020 at 1:04 PM IV, Bogota <IVBogota@state.gov> wrote:

Dear applicant,

Please read the information about the cancellation of all visa appointments in the United States Embassy in Bogotá: https://co.usembassy.gov/es/alerta-cancelacion-de-citas-no-urgentes-para-visas-de-no-inmigrante/

We will resume routine visa services as soon as possible, but cannot provide a specific date at this time.

We appreciate your patience and understanding.

Kind regards.



**Immigrant Visa Unit**

Unidad de Visas - Sección Consular

U.S. Embassy - Bogota

Email: ivbogota@state.gov

https://co.usembassy.gov/

EO

**From:** Christina Valdes <cvaldes.sierralaw@gmail.com>
**Sent:** Monday, March 2, 2020 7:40 AM
**To:** IV, Bogota <IVBogota@state.gov>
**Cc:** lizette@lsierralaw.com
**Subject:** Re: Reschedule Immigrant Visa Interview - Alvaro J. Davila Rivero (Nov. 6, 2019 / 7:00 AM)

Dear Immigrant Visa Unit,

Thank you for your email.

Our client , Mr. Alvaro Davila Rivero, selects <u>Tuesday, March 31, 2020</u>, as his interview date.

Please confirm if the appointment is scheduled or if he needs to choose a different date.

Thank you in advance.

Sincerely,

Christina Valdes

Paralegal

Lizette M. Sierra, P.A.

12000 Biscayne Blvd., Ste. 415

Miami, Florida 33181

Direct Line: (786) 312-0892

Tel: (305) 860-9333

[www.LSierraLaw.com](www.LSierraLaw.com)

On Tue, Feb 25, 2020 at 12:29 PM IV, Bogota <[IVBogota@state.gov](IVBogota@state.gov)> wrote:

> Dear applicant,
>
> Please inform a tentative date for your interview, please pick a date for the second half of March 2020 and will respond informing if the appointment is schedule or if you need to choose a different date.
>
> We appreciate your patience and understanding.

King regards.



**Immigrant Visa Unit**

Unidad de Visas - Sección Consular

U.S. Embassy - Bogota

Email: ivbogota@state.gov

http://bogota.usembassy.gov/

http://spanish.bogota.usembassy.gov/

JT

**From:** Christina Valdes <cvaldes.sierralaw@gmail.com>
**Sent:** Wednesday, February 19, 2020 11:14 AM
**To:** IV, Bogota <IVBogota@state.gov>
**Cc:** Lizette Sierra <lizette@lsierralaw.com>
**Subject:** Re: Reschedule Immigrant Visa Interview - Alvaro J. Davila Rivero (Nov. 6, 2019 / 7:00 AM)

Dear Consular Section,

On behalf of Attorney of Record Lizette Sierra and our client, Alvaro J. Davila Rivero, we are writing to inform you we have been unable to reschedule a new interview in Bogota due to the message below:



Are you able to inform us of when the consulate will have available appointments again? We have continuously checked since November 7 and continue to receive the same message.

Thank you,

Christina Valdes

Paralegal

Lizette M. Sierra, P.A.

12000 Biscayne Blvd., Ste. 415

Miami, Florida 33181

Direct Line: (786) 312-0892

Tel: (305) 860-9333

www.LSierraLaw.com

On Tue, Nov 26, 2019 at 1:21 PM Christina Valdes <cvaldes.sierralaw@gmail.com> wrote:

> Dear Consular Section,

On behalf of Attorney of Record Lizette Sierra and our client, Alvaro J. Davila Rivero, we are writing to inform you we have been unable to reschedule a new interview in Bogota due to the message below:



Are you able to inform us of when the consulate will have available appointments again? We have continuously checked since November 7 and continue to receive the same message.

Thank you,

Christina Valdes

Paralegal

Lizette M. Sierra, P.A.

12000 Biscayne Blvd., Ste. 415

Miami, Florida 33181

Direct Line: (786) 312-0892

Tel: (305) 860-9333

www.LSierraLaw.com

---------- Forwarded message --------
From: **Christina Valdes** <cvaldes.sierralaw@gmail.com>
Date: Wed, Oct 23, 2019 at 1:22 PM

Subject: Re: Reschedule Immigrant Visa Interview - Alvaro J. Davila Rivero (Nov. 6, 2019 / 7:00 AM)

To: IV, Bogota <IVBogota@state.gov>

Thank you very much for this information.

As much as our client wants to attend, he cannot; therefore, we will be proceeding with your instructions.

Thank you,

Christina Valdes

Paralegal

Lizette M. Sierra, P.A.

12000 Biscayne Blvd., Ste. 415

Miami, Florida 33181

Direct Line: (786) 312-0892

Tel: (305) 860-9333

www.LSierraLaw.com

On Tue, Oct 22, 2019 at 11:36 AM IV, Bogota <IVBogota@state.gov> wrote:

> Good morning ,
>
> Thank you for writing to the Immigrant Visa Unit. While we are willing to cancel your existing appointment, we strongly recommend that you attend your scheduled interview. However, if you still want to reschedule your appointment, **you should wait until after your originally scheduled date** and then log into to your account at https://ais.usvisa-info.com/en-co/iv. Thus you will be able to rebook a new appointment with us at a more convenient time. **Please note that if you do not reschedule your new interview within the period of one year from your first appointment, your case will be closed and your petition will be cancelled.**
>
> Once you are ready for a new appointment, follow these instructions:

1. Go to https://ais.usvisa-info.com/en-CO/iv
2. Log into your account
3. On the "Applicant Summary Page", in the box "Current status" click on "Missed My Appointment".
4. On the screen "No Show Request" please check the applicants that must come for a new interview, then on "the Reason for Request" field write "Missed My Appointment" and provide specific information about your case.
5. A consular officer will review your request and will provide an approval/refusal on your specific case. You will receive a response to your request by e-mail
6. If you request has been approved, please go to your personal profile and book a new appointment for the Embassy based on the availability in the system.

The system will only allow you to schedule an appointment at the Embassy in Bogota. Please keep in mind that you will have to go to the Applicant Service Center (ASC) in Bogota (Calle 26 # 92 – 32, Conecta G4) before your appointment at the Consular Section. **You will be able to go to the ASC a day before your expected appointment at the Consular Section.**

**Please mention this e-mail when you go to the ASC.**

To learn how to prepare for your Immigrant Visa interview please visit the website of the U.S. Embassy in Bogotá, Colombia

https://co.usembassy.gov/visas/immigrant-visas/family-based-immigration/immigrant-visa-interview/
and click on the link for "Packet 4".

Sincerely,



**Immigrant Visa Unit**

Unidad de Visas - Sección Consular

U.S. Embassy - Bogota

Email: ivbogota@state.gov

http://bogota.usembassy.gov/

Declaration of Christina Valdes at 8

http://spanish.bogota.usembassy.gov/

mp

**From:** Christina Valdes <cvaldes.sierralaw@gmail.com>
**Sent:** Monday, October 21, 2019 3:11 PM
**To:** IV, Bogota <IVBogota@state.gov>
**Cc:** Lizette Sierra <lizette@lsierralaw.com>
**Subject:** RE: Reschedule Immigrant Visa Interview - Alvaro J. Davila Rivero (Nov. 6, 2019 / 7:00 AM)

Dear Consular Section,

On behalf of Attorney of Record Lizette Sierra, we are writing to inform you that Alvaro J. Davila Rivero is unable to attend his immigrant visa interview on November 6, 2019 at 7:00 AM due to unforeseen personal circumstances. See attached interview notice.

Please reschedule it for anytime on or after January 15, 2020, or let us know the procedure for rescheduling on behalf of our client.

Thank you in advance.

Sincerely,

Christina Valdes

Paralegal

Lizette M. Sierra, P.A.

12000 Biscayne Blvd., Ste. 415

Miami, Florida 33181

Direct Line: (786) 312-0892

Tel: (305) 860-9333

www.LSierraLaw.com

SENSITIVE BUT UNCLASSIFIED

SBU - IMMIGRATION

Translation of Email dated March 17, 2023 from Alvaro Davila to Christina Valdes

---

**Alvaro Davila acio – informacion del NCV** *[correctly known as NVC]*

Alvaro Davila alvarodavila622@gmail.com

Fri 03/17/2023 1:29 PM

To: Christina Valdes cvaldes.sierralaw@gmail.com

This email confirms that I never received further email correspondence from NCV after March 2020 regarding the availability of an immigrant visa for me.

Atte.

Alvaro Davila

Declaration of Christina Valdes at 11

## CERTIFICATE OF TRANSLATION

I, Christina Valdes, certify that I am fluent in both the English and Spanish languages, and that I have translated the attached document from Spanish into English to the best of my knowledge and ability. I further certify that the foregoing translation is a complete and accurate translation of the attached documents.

_____
Signature of Translator

## Álvaro Dávila acio - información del NCV

**Alvaro Davila <alvarodavila622@gmail.com>**
Fri 3/17/2023 1:29 PM

To: Christina Valdes <cvaldes.sierralaw@gmail.com>

Este correo confirma que yo nunca recibí más correspondencia por correo electrónico del NCV después de marzo del 2020 en relación con la disponibilidad de una visa de inmigrante para mi.

Atte.
Álvaro Dávila