UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE DANIELA PACHECO QUIROS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MOLLY AMADOR, *Deputy Consul General and Visa Unit Chief, U.S. Embassy in Costa Rica*, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 21-2433 (CKK) |

**[PROPOSED]**
**ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss, and the entire record herein, it is hereby

ORDERED that Defendants' motion is granted as to Counts II, III and IV of the First Amended Complaint and, in so far as it pertains to Count I, as to all plaintiffs except GULSHAN KARIMOVA, ÁLVARO JOSÉ DÁVILA RIVERO, MARIELA CAROLINA SIERRA FRANCESCHI, NICOLE CAROLINA DÁVILA SIERRA, ÁLVARO SANTIAGO JOSÉ DÁVILA SIERRA and EMMA VICTORIA DÁVILA SIERRA CARTAYA.

Further, all Defendants except KATHRYN ABATE and DEANNA ABDEEN are dismissed from this action.

Defendants' motion is otherwise denied.


Dated                                                              _____
　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-
　　　　　　　　　　　　　　　　　　　　　　　　　　KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge