## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHERINE DANIELA PACHECO QUIROS, *et al.*,<br><br>      Plaintiffs,<br>  v.<br><br>MOLLY AMADOR, *et al.*,<br><br>      Defendants. | Civil Action No. 21-02433 (CKK) |

### ORDER
(July 6, 2023)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 6th day of July, 2023, hereby

**ORDERED** that Defendants' [27] Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's [15] Amended Complaint is **DISMISSED** in its entirety; and it is further

**ORDERED** that Defendants' Motion in so far as they move for summary judgment and to sever Plaintiffs' claims is **DENIED AS MOOT**.

**SO ORDERED**.


Date: July 6, 2023

                                                  /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge